UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGET J. GARRISON BROOKS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:09-0853 |
| v. ) | Judge Nixon/Brown |
| ) | |
| McKENZIE TANK LINES, INC., ) | |
| ) | |
| Defendant ) | |

### **O R D E R**

A telephone conference was held with the parties at their request in this matter on June 16, 2010. The parties requested a brief extension of discovery and dispositive motion deadlines to accommodate their schedules.

Accordingly, the initial case management order (Docket Entry 13) is amended to provide that all discovery will be completed by **September 1, 2010**. Dispositive motions shall be due **October 1, 2010**, with responses due **28 days** thereafter, and replies **14 days** after any response.

The parties advised that they would consider further settlement efforts following the completion of some additional discovery. The Magistrate Judge stands ready to assist with alternative dispute resolution at the parties' request at any time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge